UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | Possession of Child Pornography |
| HECTOR SALAZAR TORRES | ) | |
| a/k/a HECTOR TORRES SALAZAR | ) | 18 U.S.C. § 2252A(a)(2) |
| | ) | Receipt of Child Pornography |

CR122-0083

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Possession of Child Pornography*
18 U.S.C. § 2252A(a)(5)(B)

Beginning at a time unknown to the Grand Jury but at least on or about July 16, 2022, in Columbia County, within the Southern District of Georgia, the defendant,

**HECTOR SALAZAR TORRES,**
**a/k/a HECTOR TORRES SALAZAR,**

did knowingly possess child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that is, any visual depiction of a minor, any person under 18 years old, engaged in sexually explicit conduct, one or more of such images depicting a prepubescent minor or any person under 12 years old engaged in sexually explicit conduct, and that visual depiction was mailed, shipped and transported in or affecting interstate or foreign commerce by any means, including by computer, and that visual depiction was produced using materials that had been mailed, shipped and transported in or affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT TWO
*Receipt of Child Pornography*
18 U.S.C. § 2252A(a)(2)

On or about July 15, 2022, in Columbia County, within the Southern District of Georgia, the defendant,

**HECTOR SALAZAR TORRES,
a/k/a HECTOR TORRES SALAZAR,**

did knowingly receive child pornography and any material that contains child pornography, as defined in Title 18, United States Code, Section 2256(8), that was shipped and transported in and affected interstate and foreign commerce by any means, including by computer; and that was shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b).

## FORFEITURE ALLEGATION

The allegations contained in Count One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Upon a conviction of Count One or Two of this Indictment charging a violation of Title 18, United States Code, Section 2252A, the defendant, **HECTOR SALAZAR TORRES**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), any visual depiction described in Title 18, United States Code, Section 2252A, or any matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110 and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable thereto.

A True Bill. —

David H. Estes
United States Attorney

Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

Tara M. Lyons
Assistant United States Attorney
Deputy Chief, Criminal Division
*Lead Counsel